TRINA A. HIGGINS, United States Attorney (#7349)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
Christopher.Burton4@usdoj.gov@usdoj.gov
Brady.Wilson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff,<br><br>v.<br><br>DARRELL GLENN DEVOGE,<br><br>Defendant. | Case No. 4:24-cr-00021-DN <br><br> MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> Judge Paul Kohler |

The United States respectfully moves the Court to issue a Writ of Habeas Corpus Ad Prosequendum ordering that the above-named defendant DARRELL GLENN DEVOGE, now being confined in the Iron County Jail, appear in the United States District Court for the District of Utah on **February 22, 2024, at 10:00 a.m.**, and to

1

remain in the District for appearances through final disposition of the case and thereafter to return defendant to the institution wherein now confined.

  Defendant DARRELL GLENN DEVOGE has been charged with a violation of 18 U.S.C. § 924(m), Theft of Firearms from a Licensed Dealer (Count 1), 18 U.S.C. § 922(j), Possession of Stolen Firearms (Count 3), and 18 U.S.C. § 922(g)(1), Felon in Possession of Firearms and Ammunition (Count 5).

  Dated this _____ day of February, 2024.

            TRINA A. HIGGINS
            United States Attorney


            */s/Christopher Burton*
            CHRISTOPHER BURTON
            BRADY WILSON
            Assistant United States Attorney